IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CIVIL ACTION NO. H-10-4380 |
| VS. | § | |
| | § | CRIMINAL NO. H-08-283 |
| | § | |
| JEREMY V. PINSON | § | |

**O R D E R**

The court has reviewed the motion to reconsider and denies it as without merit.

SIGNED on February 13, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge